IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE JOHNSON | : CIVIL ACTION |
| | : |
| v. | : NO. 12-5844 |
| | : |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | : |

FILED
MAY 12 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 12th day of May, 2014, upon careful and independent consideration, the record reveals that the Commissioner did not apply correct legal standards. As a result, this action must be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. Judgment is entered **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** for further proceedings consistent with this adjudication;

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

_____
J. CURTIS JOYNER, Sr. J.